IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KENDRICK D HEATH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WARDEN CLINTON PERRY,** *et al.,*<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:19-cv-00188-TES-MSH** |

**ORDER ADOPTING THE UNITED STATES**
**MAGISTRATE JUDGE'S RECOMMENDATION**

In his Recommendation [Doc. 26], the United States Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment [Doc. 21] and deny as moot Plaintiff's motion for protective custody [Doc. 16]. No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After careful review, the Court finds no clear error. Therefore, the Court **ADOPTS** the Recommendation [Doc. 26] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' motion for summary judgment [Doc. 21] and **DENIES as moot** Plaintiff's motion for protective custody [Doc. 16].

**SO ORDERED**, this 23rd day June, 2020.

[*signature on following page*]

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**